```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                   EASTERN DISTRICT OF VIRGINIA

                        Alexandria Division
```

| | |
|---|---|
| CAROLYN DYKES, ) | |
| on behalf of herself and all ) | |
| others similarly situated, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | 1:15cv110 (JCC/MSN) |
| ) | |
| PORTFOLIO RECOVERY ASSOCIATES, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is HEREBY ORDERED that:

(1) Defendant's Motion to Dismiss for Failure to State a Claim [Dkt. 18] is DENIED;

(2) Defendant shall file an Answer to the Complaint no later than July 14, 2015; and

(3) The Clerk of Court shall forward this Order and the accompanying Memorandum Opinion to all counsel of record. This matter is continued.

It is SO ORDERED.

```
                                        /s/
June 30, 2015                       James C. Cacheris
Alexandria, Virginia        UNITED STATES DISTRICT COURT JUDGE
```

1